Second Original

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

RECEIVED & FILED
SEP 09 2013
Clerk, State Court
Clayton County

| | |
|---|---|
| RONNIE MOSES, | ) |
|     Plaintiff, | ) ) ) ) CIVIL ACTION |
| v. | ) ) FILE NO. 2013CV03081 MG |
| STEVEN BENEFIELD, SUPERVALU TRANSPORTATION, INC., and OLD REPUBLIC INSURANCE COMPANY, | ) ) ) ) ) |
|     Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff, Ronnie Moses ("Plaintiff") files his Complaint, through undersigned counsel, and respectfully shows the Court as follows:

1.

Plaintiff is a resident of the State of Georgia.

2.

Steven Benefield is an Alabama resident. He may be served with a copy of the summons and Complaint in this action at his home address: 2930 Noble Street, Anniston, Alabama 36201.

3.

Supervalu Transportation, Inc. is a foreign corporation existing under the laws of Minnesota with its principal place of business in Idaho and may be served through its registered agent, CT Corporation System, 1201 Peachtree Street, Northeast, Atlanta, Fulton County, Georgia 30361, and is subject to the jurisdiction of this Court.

RECEIVED FULTON COUNTY MARSHAL'S DEPARTMENT
2013 SEP 17 A 9:11


EXHIBIT A

4.

Old Republic Insurance Company is a foreign corporation existing under the laws of Pennsylvania with its principal place of business in Pennsylvania and may be served through its registered agent, Prentice Hall Corporation System, 40 Technology Parkway, Suite 300, Norcross, Georgia 30092.

5.

Jurisdiction and venue are proper in this Court per O.C.G.A. § 40-1-117(b).

## BACKGROUND

6.

On April 11, 2012, Plaintiff traveled eastbound on Interstate 285 in his 2000 Toyota Camry and exited at Riverdale Road.

7.

On April 11, 2012 Defendant Steven Benefield traveled eastbound on Interstate 285 in his 1999 Mack Truck and exited at Riverdale Road.

8.

On April 11, 2012, Defendant Steven Benefield operated his tractor-trailer on behalf of Supervalu Transportation, Inc.

9.

At the time of the subject collision, Plaintiff was stopped in the far right hand turn lane waiting to turn right onto Riverdale Road.

10.

At the time of the subject collision, Defendant Benefield was in the second right hand turn lane waiting to turn right on Riverdale Road.

11.

At the time of the subject collision, Defendant Benefield ran the red light at Riverdale Road while turning right onto Riverdale Road where, at this intersection, any turn on red is prohibited.

12.

When Defendant Benefield turned right, his trailer struck Plaintiff's vehicle on driver's side.

13.

The impact of the collision caused damage to Plaintiff's vehicle.

14.

As a result of the collision, Plaintiff suffered injuries.

15.

Plaintiff is entitled to recover all past, present, and future damages suffered as a result of this incident.

## COUNT I: NEGLIGENCE

16.

Plaintiff incorporates by reference each earlier paragraph of this Complaint with the full force and effect as if they were restated verbatim.

17.

Defendant Benefield was negligent in the following manner:

(a) failing to maintain lane in violation of O.C.G.A. § 40-6-48; and

(b) failing to obey traffic control device in violation of O.C.G.A. § 40-6-20.

18.

Defendant Benefield was negligent in failing to maintain a proper lookout for Plaintiff's vehicle and colliding with Plaintiff's vehicle.

19.

Defendant Benefield's negligence was the sole and proximate cause of collision, and Plaintiff's resulting injuries.

20.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered injuries and damages. Plaintiff is entitled to monetary damages from Defendants to compensate him for the following elements of damage:

    a. Medical expense;

    b. Pain and suffering;

    c. Mental anguish;

    d. Lost wages;

    e. Punitive damages; and

    f. Diminished quality of life.

21.

As a proximate and direct result of Defendant Benefield's negligence, Plaintiff suffered damages no less than as follows:

| | |
|---|---|
| South Fulton Medical Center | $ 3,486.79 |
| South Fulton Emergency Physicians | $ 726.00 |
| Radisphere Radiology | $ 120.00 |
| Hands On Chiropractic | $ 3,123.00 |
| Bertrand Chiropractic | $ 1,970.00 |
| Regional Medical Group | $ 2,436.50 |

4

| Atlanta Medical Management | $ | 14,698.00 |
|---|---|---|
| Reliance Health | $ | 890.00 |
| Rehab South | $ | 4,627.00 |
| Dominion Orthopaedic | $ | 6,303.00 |
| Genesis Sports Medicine and Rehab | $ | 2,586.00 |
| Northside Hospital | $ | 13,230.00 |
| Northside Anesthesiology Consultants | $ | 1,150.00 |
| Lost Wages | $ | 30,492.00 |
| Mileage | $ | 754.93 |
| Future Medical Expenses | $ | TBD |
| **TOTAL SPECIAL DAMAGES** | $ | 86,593.22 |

22.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to consequences of their actions and entitles Plaintiff to an award of punitive damages.

23.

Defendants have been stubbornly litigious, acted in bad faith, and have caused Plaintiff to incur unnecessary trouble and expense for which he is entitled to recover attorney's fees, costs, and expenses, pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff demands judgment against Defendants for special damages in an amount to be proven at trial, but no less than $86,593.22, for general damages for pain and suffering and loss of enjoyment of life in amounts to be determined at trial, together with pre and post judgment interest as allowed by law, punitive damages, attorney's fees, costs, expenses pursuant to O.C.G.A. § 13-6-11, and for such other and further relief as this Court deems just and proper.

## COUNT II: IMPUTED LIABILITY

24.

Plaintiff incorporates by reference each earlier paragraph of this Complaint with the full force and effect as if they were restated verbatim.

25.

At the time of the subject collision, Defendant Benefield was under dispatch for Defendant Supervalu Transportation, Inc.

26.

Defendant Supervalu Transportation, Inc. is responsible for the actions of Defendant Benefield in regard to the collision described in this Complaint under the doctrine of lease liability, respondent superior, agency and/or apparent liability.

27.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered injuries and damages. Plaintiff is entitled to monetary damages from Defendants to compensate him for the following elements of damage:

    a.    Medical expense;

    b.    Pain and suffering;

    c.    Mental anguish;

    d.    Lost wages;

    e.    Punitive damages; and

    f.    Diminished quality of life.

28.

As a proximate and direct result of Defendants' negligence, Plaintiff suffered damages no less than as follows:

| | | |
|---|---|---|
| South Fulton Medical Center | $ | 3,486.79 |
| South Fulton Emergency Physicians | $ | 726.00 |
| Radisphere Radiology | $ | 120.00 |
| Hands On Chiropractic | $ | 3,123.00 |
| Bertrand Chiropractic | $ | 1,970.00 |
| Regional Medical Group | $ | 2,436.50 |
| Atlanta Medical Management | $ | 14,698.00 |
| Reliance Health | $ | 890.00 |
| Rehab South | $ | 4,627.00 |
| Dominion Orthopaedic | $ | 6,303.00 |
| Genesis Sports Medicine and Rehab | $ | 2,586.00 |
| Northside Hospital | $ | 13,230.00 |
| Northside Anesthesiology Consultants | $ | 1,150.00 |
| Lost Wages | $ | 30,492.00 |
| Mileage | $ | 754.93 |
| Future Medical Expenses | $ | TBD |
| **TOTAL SPECIAL DAMAGES** | $ | **86,593.22** |

29.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to consequences of their actions and entitles Plaintiff to an award of punitive damages.

30.

Defendants have been stubbornly litigious, acted in bad faith, and have caused Plaintiff to incur unnecessary trouble and expense for which he is entitled to recover attorney's fees, costs, and expenses, pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff demands judgment against Defendants for special damages in an amount to be proven at trial, but no less than $86,593.22, for general damages for pain and suffering and loss of enjoyment of life in amounts to be determined at trial, together with pre and

post judgment interest as allowed by law, punitive damages, attorney's fees, costs, expenses pursuant to O.C.G.A. § 13-6-11, and for such other and further relief as this Court deems just and proper.

## COUNT III: NEGLIGENT HIRING, TRAINING & SUPERVISION

31.

Plaintiff incorporates by reference each earlier paragraph of this Complaint with the full force and effect as if they were restated verbatim.

32.

Defendant Supervalu Transportation, Inc. was negligent in hiring Defendant Benefield and entrusting him to drive a tractor-trailer.

33.

Defendant Supervalu Transportation, Inc. was negligent in failing to properly train Defendant Benefield.

34.

Defendant Supervalu Transportation, Inc. was negligent in failing to properly supervise Defendant Benefield.

35.

Defendant Supervalu Transportation, Inc.'s negligence in hiring Defendant Benefield and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

36.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered injuries and damages. Plaintiff is entitled to monetary damages from Defendants to compensate him for the following elements of damage:

    a.    Medical expense;

    b.    Pain and suffering;

    c.    Mental anguish;

    d.    Lost wages;

    e.    Punitive damages; and

    f.    Diminished quality of life.

37.

As a proximate and direct result of Defendants' negligence, Plaintiff suffered damages no less than as follows:

| | |
|---|---|
| South Fulton Medical Center | $ 3,486.79 |
| South Fulton Emergency Physicians | $ 726.00 |
| Radisphere Radiology | $ 120.00 |
| Hands On Chiropractic | $ 3,123.00 |
| Bertrand Chiropractic | $ 1,970.00 |
| Regional Medical Group | $ 2,436.50 |
| Atlanta Medical Management | $ 14,698.00 |
| Reliance Health | $ 890.00 |
| Rehab South | $ 4,627.00 |
| Dominion Orthopaedic | $ 6,303.00 |
| Genesis Sports Medicine and Rehab | $ 2,586.00 |
| Northside Hospital | $ 13,230.00 |
| Northside Anesthesiology Consultants | $ 1,150.00 |
| Lost Wages | $ 30,492.00 |
| Mileage | $ 754.93 |
| Future Medical Expenses | $ TBD |
| **TOTAL SPECIAL DAMAGES** | **$ 86,593.22** |

38.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to consequences of their actions and entitles Plaintiff to an award of punitive damages.

39.

Defendants have been stubbornly litigious, acted in bad faith, and have caused Plaintiff to incur unnecessary trouble and expense for which he is entitled to recover attorney's fees, costs, and expenses, pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff demands judgment against Defendants for special damages in an amount to be proven at trial, but no less than $86,593.22, for general damages for pain and suffering and loss of enjoyment of life in amounts to be determined at trial, together with pre and post judgment interest as allowed by law, punitive damages, attorney's fees, costs, expenses pursuant to O.C.G.A. § 13-6-11, and for such other and further relief as this Court deems just and proper.

## COUNT IV: DIRECT ACTION

40.

Plaintiff incorporates by reference each earlier paragraph of this Complaint with the full force and effect as if they were restated verbatim.

41.

Defendant Old Republic Insurance Company is subject to a direct action as the insurer for Defendant Supervalu Transportation, Inc. pursuant to O.C.G.A. § 40-2-140.

42.

Defendant Old Republic Insurance Company was the insurer of Defendant Supervalu Transportation, Inc. at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

43.

Defendant Old Republic Insurance Company and Defendant Supervalu Transportation, Inc. are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

44.

Defendant Old Republic Insurance Company is responsible for any judgment rendered against Defendant Supervalu Transportation, Inc. and Defendant Benefield up to its policy limits of coverage.

45.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered injuries and damages. Plaintiff is entitled to monetary damages from Defendants to compensate him for the following elements of damage:

- b. Medical expense;
- b. Pain and suffering;
- c. Mental anguish;
- d. Lost wages;
- e. Punitive damages; and
- f. Diminished quality of life.

46.

Defendants' negligence is the sole and proximate cause of Plaintiffs' injuries.

47.

As a proximate and direct result of Defendants' negligence, Plaintiff suffered damages no less than as follows:

| South Fulton Medical Center | $ | 3,486.79 |
|---|---|---|
| South Fulton Emergency Physicians | $ | 726.00 |
| Radisphere Radiology | $ | 120.00 |
| Hands On Chiropractic | $ | 3,123.00 |
| Bertrand Chiropractic | $ | 1,970.00 |
| Regional Medical Group | $ | 2,436.50 |
| Atlanta Medical Management | $ | 14,698.00 |
| Reliance Health | $ | 890.00 |
| Rehab South | $ | 4,627.00 |
| Dominion Orthopaedic | $ | 6,303.00 |
| Genesis Sports Medicine and Rehab | $ | 2,586.00 |
| Northside Hospital | $ | 13,230.00 |
| Northside Anesthesiology Consultants | $ | 1,150.00 |
| Lost Wages | $ | 30,492.00 |
| Mileage | $ | 754.93 |
| Future Medical Expenses | $ | TBD |
| **TOTAL SPECIAL DAMAGES** | **$** | **86,593.22** |

48.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to consequences of their actions and entitles Plaintiff to an award of punitive damages.

49.

Defendants have been stubbornly litigious, acted in bad faith, and have caused Plaintiff to incur unnecessary trouble and expense for which he is entitled to recover attorney's fees, costs, and expenses, pursuant to O.C.G.A. § 13-6-11.

WHEREFORE, Plaintiff demands judgment against Defendants for special damages in an amount to be proven at trial, but no less than $86,593.22, for general damages for pain and suffering and loss of enjoyment of life in amounts to be determined at trial, together with pre and

post judgment interest as allowed by law, punitive damages, attorney's fees, costs, expenses pursuant to O.C.G.A. § 13-6-11, and for such other and further relief as this Court deems just and proper.

This the 6 day of September, 2013.

Eric L. Jensen
Georgia Bar No. 391259
Jason W. Graham
Georgia Bar No. 304595
T. Brandon Welch
Georgia Bar No. 152409
Attorneys for Plaintiff

Graham & Penman, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

Second Original

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA

9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Ronnie Moses

Plaintiff

Vs.

Supervalu Transportation, Inc. c/o CT Corporation System, 1201 Peachtree Street, N.E. Atlanta, Georgia 30361

Defendant

Case Number: 2013 CV 03081 MG

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Eric L. Jensen
Graham and Penman, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329

RECEIVED FULTON COUNTY MARSHAL'S DEPARTMENT
2013 SEP 17 A 9:11

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

GAIL CARNES
CLERK OF COURT
State Court of Clayton County

By: _____
Deputy Clerk

S. Bradley 425  9/18/13

# ORIGINAL

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Ronnie Moses

Plaintiff

Vs.

Steven Benefield,

Supervalu Transportation, Inc., and

Old Republic Insurance Company

Defendant

Case Number: 2013 CV 03081 MG

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Eric L. Jensen
Graham and Penman, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

GAIL CARNES
CLERK OF COURT
State Court of Clayton County

By: _____
Deputy Clerk

# General Civil Case Filing Information Form (Non-Domestic)

**Court**
☐ Superior
☒ State

**County** Clayton

**Docket #** 2013 CV 03081 MG

**Date Filed** _____
MM-DD-YYYY

**Plaintiff(s)**
Moses, Ronnie
Last   First   Middle I. Suffix Prefix   Maiden

Last   First   Middle I. Suffix Prefix   Maiden

Last   First   Middle I. Suffix Prefix   Maiden

Last   First   Middle I. Suffix Prefix   Maiden

**No. of Plaintiffs** 1

**Defendant(s)**
Benefield, Steven
Last   First   Middle I. Suffix Prefix   Maiden

Supervalu Transportation, Inc.
Last   First   Middle I. Suffix Prefix   Maiden

Old Republic Insurance Company
Last   First   Middle I. Suffix Prefix   Maiden

Last   First   Middle I. Suffix Prefix   Maiden

**No. of Defendants** 3

**Plaintiff/Petitioner's Attorney**   ☐ Pro Se

Jensen, Eric L.
Last   First   Middle I.   Suffix

**Bar #** ~~359906~~ 391259

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☒ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____

### If Tort is Case Type:
(Check no more than TWO)

☒ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☒ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____

**Are Punitive Damages Pleaded?** ☒ Yes ☐ No

**FILE COPY**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

RECEIVED & FILED
SEP 09 2013
*[Clerk stamp]*

| | |
|---|---|
| RONNIE MOSES, )<br>)<br>Plaintiff, )<br>) **CIVIL ACTION**<br>v. )<br>) FILE NO. 2013 CV 03081 MG<br>STEVEN BENEFIELD, )<br>SUPERVALU TRANSPORTATION, INC.,)<br>and OLD REPUBLIC INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | |

### PLAINTIFF'S CERTIFICATE REGARDING SERVICE OF DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, counsel certifies that he served on this day the following discovery:

1) Plaintiff's First Interrogatories and Request for Production of Documents to Defendant Supervalu Transportation, Inc.;

2) Plaintiff's First Interrogatories and Request for Production of Documents to Defendant Steven Benefield;

This the 6 day of September, 2013.

*[Signature]*

Eric L. Jensen
Georgia Bar No. 391259
T. Brandon Welch
Georgia Bar No. 152409
Raegan M. King
Georgia Bar. No. 812035
Attorneys for Plaintiff

Graham & Penman, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

RECEIVED FULTON COUNTY
MARSHAL'S DEPARTMENT
2013 SEP 17 A 9: 12

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a copy of the foregoing Certificate Regarding Service of Discovery via Sheriff's service, to the following:

Steven Benefield
2930 Noble Street
Anniston, Alabama 36201

Supervalu Transportation, Inc.
c/o CT Corporation Sytem
1201 Peachtree Street, N.E.
Atlanta, Georgia 30361

Old Republic Insurance Company
c/o Prentice Hall Corporation Sytem
40 Technology Parkway
Norcross, Georgia 30092

This the 6 day of September, 2013.

Eric L. Jensen
Georgia Bar No. 391259
T. Brandon Welch
Georgia Bar No. 152409
Raegan M. King
Georgia Bar. No. 812035
Attorneys for Plaintiff

Graham & Penman, LLP
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110

2

# STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**DO NOT WRITE IN THIS SPACE**

13MR027175
Case 2013cv03081MCT

COST PAID
SEP 17
Fulton County Marshal's Dept.

Eric L. Jenzen
17 Executive Park Dr.
Suite 115
Atlanta, GA 30329

**Attorney or Plaintiff Name and Address**

Ronnie Moses c/o Graham + Penman,
17 Executive Park Drive, Ste. 115
Atlanta, GA 30329

**Name and Address of PLAINTIFF**

vs

Supervalu Transportation, Inc.
c/o CT Corporation System,
1201 Peachtree St., N.E.
Atlanta, GA 30361

**Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____ personally with a copy of the within action and summons.
This _____ day of _____.

RECEIVED & FILED
SEP 25 2013
CLERK, STATE COURT
CLAYTON COUNTY

_____ DEPUTY MARSHAL

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____ by leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of _____, a _____ described as follows:
Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ domiciled at the residence of the defendant(s).
This _____ day of _____, _____.

_____ DEPUTY MARSHAL

RECEIVED FULTON COUNTY MARSHAL'S DEPARTMENT
2013 SEP 17 A 9:

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant Supervalu Transportation, a corporation, by leaving a copy of the within action and summons with Ashley Husty in charge of the office and place doing business of said corporation, in Fulton County, Georgia.
This 18 day of September 2013. Brody 425    9:15 AM

_____ DEPUTY MARSHAL

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s):
not to be found in the jurisdiction of said Court for the following reason:

**NON-EST**

Please furnish this office with a new service form with the correct address.

This _____ day of _____, _____.

_____ DEPUTY MARSHAL

14-315-795

Record ID 47450

Civil Action No. 2013CV03081mGT

Date Filed _____

Magistrate Court ☐
Superior Court ☐
State Court ☒
Georgia, GWINNETT COUNTY

Case 2013CV03081MCT

~~Jimmy Drake~~ Ronnie Moses
Plaintiff

Attorney's Address
Eric L. Jensen
Graham + Penman, LLP
17 Executive Park Dr., Ste. 115
Atlanta, GA 30329

VS.

Old Republic Insurance Company
Defendant

Name and Address of Party to be Served
Old Republic Insurance Co. c/o
Prentice Hall Corporation System, 40
Technology Pkwy., Ste. 300
Norcross, GA 30092

2013 SEP 16 AM 10: 23
RECEIVED
CIVIL DIV. G.C.S.O.

Garnishee

SHERIFF'S ENTRY OF SERVICE

RECEIVED & FILED
SEP 2 5 2013
[signature] Carson
CLERK STATE COURT
CLAYTON COUNTY

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant OLD REPUBLIC INSURANCE CO. a corporation by leaving a copy of the within action and summons with ALISHA SMITH, RA in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 17 day of SEPT, 2013
0945A

MARK WELCH DEPUTY

SHERIFF DOCKET _____ PAGE _____

GWINNETT COUNTY, GEORGIA

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant

SC-2 Rev.85