FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 31 2014

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONNIE MOSES,                    :
                                 :
        Plaintiff               :
                                 :        CIVIL ACTION FILE
v.                               :        NO. 1:13-CV-3418-ODE
                                 :
STEVEN BENEFIELD; SUPERVALU      :
TRANSPORTATION, INC.; USA        :
DRIVERS INC.; and OLD            :
REPUBLIC INSURANCE COMPANY,      :
                                 :
        Defendants              :

ORDER

This civil case is before the Court on the Plaintiff's Motion to Remand filed March 4, 2014 [Doc. 25]. There has been no response filed to the Motion. Local Rule 7.1B provides that "[f]ailure to file a response shall indicate that there is no opposition to the motion."

The Court having read and considered the Motion, and it appearing that this Court has no jurisdiction in this case, the Motion is hereby GRANTED. This case is REMANDED to the State Court of Clayton County, Georgia.

SO ORDERED, this ⌐⌐ day of March, 2014.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE